FILED
CLERK, U.S. DISTRICT COURT

04/14/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | ED CR 5:21-cr-00087-DMG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| ANTHONY EDWARD VIRGILIO, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about October 30, 2018, in Riverside County, within the Central District of California, defendant ANTHONY EDWARD VIRGILIO

//
//
//

knowingly and intentionally distributed at least fifty grams, that is, approximately 107 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/s/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

BYRON R. TUYAY
Assistant United States Attorney
Riverside Branch Office